SM

**RECEIVED**

JAN 1 1 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

<u>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT EASTERN DIVISION</u>

RAJAUN JONES

        PLAINTIFF

V

FOOD 4 LESS HOLDINGS, INC.,

FOOD 4 LESS HOLDINGS, INC its agents,

Employees, KROGER COMPANY

1:22-cv-00174
Judge Marvin E. Aspen
Magistrate Young B. Kim
RANDOM

ICY HOT WRAPS AND SOMETHING

FOR THE PAIN

I.PARTIES

RAJUAN JONES is the pro-se plaintiff who brings this claim a 21-year-old male addressed at 9142

S Drexel Ave basement apt and can be reached at 312-391-9303

Defendants FOOD 4 LESS HOLDINGS, INC and FOOD 4 LESS HOLDINGS, INC its agents,

Employees,  is located <u>112 W 87th St, Chicago, IL 60620</u> and phone number is <u>(773) 358-4180</u>

Defendant named as KROGER COMPANY is the parent company of food 4 less and its

headquarters and corporate office is located 1014 Vine Street, Cincinnati OH they are named for

indemnification purposes as a nominal defendant

II.JURISDICTION

This court has jurisdiction over the claims pursuant to 28 U.S.C. 1332, respectfully plaintiff
request this action proceed to the United States District Court for the Northern District of Illinois,
and in support thereof, states as follows:

The movant's Complaint is based upon subject matter jurisdiction conferred by diversity of
citizenship, as established in 28 U.S.C. 1332.

1. At all times relevant, Plaintiff was and remains a citizen of the State of Illinois. The matter
arises out of personal injury that occurred on January 1 2022 at **FOOD 4 LESS HOLDINGS,
INC** located <u>112 W 87th St, Chicago, IL 60620</u> **the state where the plaintiff resides**

2 Both at the time of the commencement of this action and at the time of the complaint, the Defendant FOOD 4 LESS HOLDINGS, INC., FOOD 4 LESS HOLDINGS, INC its agents, Employees, is a Ohio company located 1014 Vine Street Cincinnati, OH 45202 United States, Cincinnati, oh owned by KROGER COMPANY

**3.Corporation has a single principal place of business where its executive headquarters are located. Metropolitan Life Ins. Co. v. Estate of Cammon, 929 F.2d 1220, 1223 (7th Cir. 1991). Therefore, at all pertinent times, FOOD 4 LESS is and has been a citizen of ILLINOIS and OHIO**

On January 1 2022 Rajuan Jones entered Kroger owed company FOOD 4 LESS located 112 W 87th St, Chicago, IL 60620.

Plaintiff entered aisle 14 and would fall on a liquid substance later to be deemed ammonia

3.There was no staff members present during the fall neither was their any wet floor signs present or present in area of the fall.

Plaintiff would get up find a food for less agent or employee and inform him of the wet spot, this employee proceeds by getting a wet floor sign and placing it in the area

5.Plaintiff informed security and the store clerk who he would purchase his energy drink from about the fall.

6.the clerk notifies manager and informs plaintiff to speak to her when he was done with his purchase.

7.Plaintiff informs manager, and she gets a blank piece of paper with a blue pen and ask for plaintiff's information name address and phone number is provided

8.She would then ask what happen plaintiff told her that he was coming up aisle 14 and fell on what he believed at the time was bleach or ammonia due to the smell and aisle 14 holding these items

9. Plaintiff was asked if he was injured and stated not seriously, he explained that he broke the fall with is left wrist.

10. Plaintiff explained that his left wrist and hand felt stiff and hurt, plaintiff also stood holding the entire time trying to soothe the pain

11.Plaintiff was asked did he need a ambulance plaintiff refused ambulatory services

12. Plaintiff was told that camera footage would be reviewed, and that the manager would contact him in 24-48 hours

13. Plaintiff left the store smelling ammonia and called his manager to ok explain what took place.

14. Witness named as DEANDRE BRADLEY was it in earshot of this conversation and provided the following information

15. This witness claims that he had just left the FOOD 4 LESS located on 112 W 87th St, Chicago, IL 60620 approximately less than an hour ago.

16. He stated that he purchased a bottle of ammonia and had to search the bottles to make sure he had a full sealed one because one had a slow leak until he grabbed it Then it leaked excessively

17. Witness stated that he took the half empty bottle to the front and informed the cashier of the spill and purchased the other bottle.

18.The witness provided his cash app receipt showing he purchased the bottle January 1, 2022, at 9:12 am.

19.Plaintiff would estimate his fall to have taken place approximately at 9:25 as he made a video recording of the area right after it took place for his own safety.

20.Then the events   as incorporated herein paragraphs 4-12 would take place.

21.The evidence would show that the witness informed the cashier of the original spill

 22.This Witness gave a description of that the cashier claiming she was a black female with brown hair who's started with the letter L

23.This employee continued to ring people up and never notified anyone of the spill.

24.No one employee approached about it was aware of the spill a employee who plaintiff believe cleaned it up, an employee who came from outside at the managers request was surprised

25 Plaintiff trust the witness statement and a affidavit is attached with several attachments like the cash app receipt of the purchase to prove the following

26. Witness notified cashier and for 15 plus minutes she failed to notify anybody, the owner, manager and/or employee of the property have a responsibility to keep their premises safe for anyone who visits. They must use "reasonable care" to ensure that the property is safe and well maintained this duty is owed.

27. Witness notified cashier and for 15 plus minutes she failed to notify anybody, this breached duty of care—the owner and/or manager knew about the unsafe condition, or should have known, and failed to take corrective action.

28. This breach caused the plaintiff injury; plaintiff Is not merely demonstrating that there was an unsafe condition that could have cause his injuries.

29. There is a direct connection between the breached duty of care in which is the clerk failing to notify someone of the spill and the injuries plaintiff sustained while on the property.

30. This lawsuit is filed in haste to preserve the plaintiffs' rights as the defendants have already intentionally misrelated information so that this claim can be treated lightly and effectively.

32. Defendants have done so by claiming plaintiff claimed he never injured himself, this is a slap in the face for not being a bad person or not even a bad person but an opportunist

33. Plaintiff and the entire world knows that if u slip and fall in a store and it's their fault the more hurt you are the more money you can get its even advertised by attorneys daily on tv social media and more.

34. Plaintiff was aware of this at the time of his fall and was honest about his physical condition in which was he was hurt just not seriously.

35. Respectfully pleaded "let's not ignore the fact that an injury like this could worsen over time not requiring attention at first but the need to at the least be looked at in a later but short date"

36. This is not outrageous to claim, but the falsity in the statements that the store is claiming was made is blocking treatment and the plaintiff does not have any medical insurance and this was not his fault

37. This speaks to the title of this claim ICY HOT WRAPS AND SOMETHING FOR THE PAIN, in the plaintiff called FOOD FOR LESS the next day and asked could the store give him icy hot wraps two items sold at this store.

38. The store manger refused claiming that the message had been relayed that there was no injury, and this was not only rude but false

39. This was embarrassing the fall was painful, the pain being suffered as a result in which the plaintiff is not pleading that he is in some unlivable pain he is just still in pain

40. The fact that nothing is being done to rectify the situation as if this store is unaware of these details as I have explained this to the manager, and they have the video footage

41.A demand letter has been sent directly to the store because the owner KROGER claims that its stores handle their own individual claims they just monitor and respond to and assist like Kroger called and asked was the claim being handled and plaintiff was told it is

42.Problem is Plaintiff requested adjuster and insurance information and is constantly denied it when he had only requested it in good faith plaintiff at that early date was seriously only asking for icy hot and wraps and 5000 from a 100-billion-dollar company that caused me injury

43. This company don't believe in quick headache less solutions and since they are subjecting the plaintiff to unnecessary mental anguish emotional distress and pain and suffering and are refusing to compensate the plaintiff for breaching that duty and causing that injury plaintiff respectfully asks the court to direct them to pay

44.The sole quest to only make him whole again in such compensatory damages are requested in the amount of 60,000 (sixty-thousand-dollars) for pain and suffering caused by the actual fall and post left hand and wrist pain,

45.Plaintiff request 60,000 (sixty-thousand-dollars) for the mental anguish and emotional distress they are causing refusing to address this or even at the least providing icy hot and some wraps

46. Plaintiff respectfully request punitive damages in the amount of 30,000 (thirty-thousand-dollars)

Respectfully submitted

CERTIFICATE OF SERVICE

The Complaint and attached exhibits will be taken to the Clerk at 219 S Dearborn St. Chicago IL 6060 by pro-se litigant Rajvan Jones to be filed by the Clerk on January 2022

Everything stated above herein is true and correct

s/s/ Rajvan Jones

28 US.C § 1746

EXHIBIT LIST

EX 1  CASH APP RECEIPT
EX 2  PHOTOGRAPH OF ACCIDENT AREA #1
EX 3  PHOTOGRAPH OF ACCIDENT AREA #2
EX 4  PHOTOGRAPH OF ACCIDENT AREA #3
EX 5  Affidavit Type Signed And Notarized by DEANDRE BRADLEY

s/s/ Rajvan Jones  JANUARY 2022

RESPECTFULLY SUBMITTED

s/s/ Rajvan Jones  1/12/22



**Food4less W. 87**

Chicago, IL

# $2.18

Jan 1 at 9:12 AM

EXHIBIT 1 (EX1) As incorporated and mentioned in paragraph 18 this is a photocopy of the witness DEANDRE BRADLEY CASH APP Purchase showing FOOD 4less its location, time, date, and price

s/s/ Rashrunfans



EXHIBIT 2 (EX2) This is a Black
& white still image of the ~~photo~~
video taken after the fall.

Although it is in black & white you
can see the shelf with bottles
of Ammonia and other cleaning
supplies.

You also see the color disfiguration
where the liquid is seeping from
under the shelf moving toward
the asile.

9/5/ Rhymn Runns



EXHIBIT 3 (EX3) this is the second still image from the video taken after the fall

Although it is in black in white the lighting provides a more clear view of the liquid.

As you can see in this photo it is a one second foward push from the last photo meaning Ex2 show 4 secs at the bottom of the photo this one shows 5 seconds

It also provide a more clear view of the aile but allows the connection to be made to the first photo and the continued running liquid from the spill directly into the asile.

S/S/Roguin James



Exhibit 4 (EX 4) This is the third and final document from the video taken after the fall.

Now in this video this photograh give the complete asile.

You can also se the track marks from plaintiff sliding and foot prints

S/S/ Rayvan Graves